THE PRUDENTIAL INSURANCE COMPANY, appellant,

*v.*

ABRAM KANTER, respondent.

[Decided January 25th, 1940.]

*Messrs. Lindabury, Depue & Faulks,* for the appellant.

*Messrs. Greenburg, Wilensky & Feinberg,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported in *126 N. J. Eq. 1.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—DONGES, HEHER, JJ. 2.